IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

THIMBLEBERRIES, INC.,

Plaintiff,

vs.

C & F ENTERPRISES, INC. AND THE MARK GROUP, INC.,

Defendants.

CASE NO. 01-CV-185 DSD/JMM

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

The parties identified above, by and through their respective counsel, hereby stipulate and agree that plaintiff's claims in this matter are dismissed with prejudice, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

Dated: September 26, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By Laura J. Hein

Laura J. Hein
Minn. Reg. No. 155160
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

ATTORNEYS FOR PLAINTIFF
THIMBLEBERRIES, INC.

10-18-01

FILED 10-18-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

DEPUTY CLERK
JUDGMENT ENTD.
RICHARD D. SLETTEN, CLERK
FILED

RIDER, BENNETT, EGAN & ARUNDEL

Dated: September 10/3 2001.

By Sridevi S. Anwar
Sridevi S. Anwar
Minn. Reg. No. 292965
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
Telephone: 612-340-7951

ATTORNEYS FOR DEFENDANTS
C & F ENTERPRISES, INC. AND
THE MARK GROUP

**ORDER**

Pursuant to the above Stipulation,

IT IS HEREBY ORDERED that plaintiff's claims in this matter be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees incurred in connection with this action.

Dated this 18 day of October, 2001.

BY THE COURT:

By
David S. Doty
Judge of United States District Court

GP:828309 v1

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500